**IT IS ORDERED as set forth below:**



**Date: September 1, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-42743-BEM |
| Brian Adam Hooker and ) | |
| Megan LaShae Hooker, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |

### ORDER ON DEBTORS' MOTION FOR AN EXPEDITED HEARING ON MOTION TO INCUR DEBT

On August 30, 2022, Debtors filed a Motion for an Expedited Hearing (Doc. 48) to hear the Debtors' Motion to Incur Debt (Doc. 47). It is hereby

**ORDERED** that this Motion for an Expedited Hearing be granted and that Debtors have a hearing on the Motion to Incur Debt on September 7, 2022 at 10:00 AM telephonically at the following number: toll-free number 833-568-8864; meeting ID 1608620914;

It is further

**ORDERED** that debtor's attorney serve notice of the hearing to all the parties and creditors in this case via email or facsimile within one day of the entry of this order.

[END OF DOCUMENT]

Prepared by:

/s/
_____
Dan Saeger
Georgia Bar No.680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

## **DISTRIBUTION LIST**

All parties on the mailing matrix.