UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| BRIAN ADAM HOOKER and | } | CASE NO. R19-42743-BEM |
| MEGAN LASHAE HOOKER, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTORS' AMENDED MOTION TO INCUR NEW DEBT BY PURCHASING A HOUSE

COMES NOW, the undersigned counsel on behalf of K. EDWARD SAFIR, Chapter 13 Trustee in the above-styled case, and files herewith her Response to Debtors' Amended Motion to Incur New Debt by Purchasing a House (hereinafter referred to as the "Motion") [Doc. No. 55], and respectfully shows the Court as follows:

1.

Debtors filed for relief under Chapter 13 on November 25, 2019. The confirmed Chapter 13 plan provides for payments of $1,285.00 per month, with a zero percent (0%) dividend or $0.00 pool to be paid to unsecured creditors with filed and allowed claims. The Debtors, to date, have paid approximately $37,002.49 to the Trustee and Debtors' plan payments are substantially delinquent in the amount of $5,402.51. The Debtors' plan has been pending for thirty-four (34) months.

2.

On August 30, 2022, the Debtors filed the aforementioned Motion. In said Motion, the Debtors propose to purchase a house for $280,000.00 at a rate of 5.125% with a monthly payment of $1,820.03 [Doc. No. 47].

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

The undersigned, on behalf of the Chapter 13 Trustee, is unable to make a determination regarding the Motion as there is no supporting documentation attached which includes the proposed terms of the sale; in particular, the *Purchase and Sale* contract in support of the Motion is not attached. The amended Motion, as filed, does include a copy of the proposed *Closing Estimate*. The Trustee requests that an amendment and/or addendum to the Debtors' Motion is filed to include a copy of the *Purchase and Sale* contract.

4.

Prior to filing the Motion, the Debtors' Schedule J reflected a rent expense of $850.00. As the Debtors' housing expense will more than double under the terms of the Motion, the undersigned, on behalf of the Chapter 13 Trustee, requested that the Debtors provide updated proof of income to assess continued feasibility of the confirmed plan. Based upon the amended Schedules I & J filed on September 7, 2022, under penalty of perjury, the Debtors' income had not changed [Doc. No. 52]. The Debtors' food expense, however, was substantially decreased for a household of four (4). On September 8, 2022, the Debtors filed payment advices which reflect that Mrs. Hooker received an increase in income in March 2021, which had not been previously disclosed. Debtors filed a second (2nd) amended I & J [Doc. No. 54] which now discloses the additional income and the Debtors' food expense pursuant to the 2nd amended Schedule J has increased to over $2,000.00. The undersigned, on behalf of the Chapter 13 Trustee, believes the approval of the Motion will promote a confirmed plan which is presently not feasible. The Debtors' failure to disclose the increase in income for more than a year and half while the case has been pending as well demonstrates a lack of good faith.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

5.

The Chapter 13 Trustee further objects on the basis that his office was not provided with sufficient and adequate notice of the *Order Granting Motion to Set Expedited Hearing*. Pursuant to the Certificate of Service filed on September 2, 2022 [Doc. No. 50], it does not appear the Chapter 13 Trustee was served with notice of the Order by e-mail or otherwise as instructed by the Court's Order. The Chapter 13 Trustee did not have any communication with Debtors' attorney's office regarding this matter prior to the September 7, 2022 hearing. The Chapter 13 Trustee would hereby oppose the submission of a proposed Order on the Motion.

Based on the foregoing, the undersigned for the Chapter 13 Trustee requests that the Court review this matter and deny the Motion for the reasons previously stated and for such other relief as the Court deems just, necessary and proper.

Respectfully submitted this 9th day of September, 2022.

          /s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

R19-42743-BEM

## CERTIFICATE OF SERVICE

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Brian Adam Hooker
1021 Delaware Dr
Dalton, GA 30721-3638

Megan Lashae Hooker
1021 Delaware Dr
Dalton, GA 30721-3638

and all parties of interest on the attached creditor matrix.

    I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC


This 9th day of September, 2022.


    _____/s/_____
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 19-42743-bem<br>Northern District of Georgia<br>Rome<br>Fri Sep  9 09:51:24 EDT 2022 | 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>P.O. Box 880<br>Toccoa, GA 30577-0880 | AT&T Mobility II LLC<br>c/o AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  LEAD PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN  55438-0901 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | Bridgecrest Credit<br>7300 E Hampton Ave Ste 100<br>Mesa, AZ  85209-3324 |
| CVI SGP Acquisition Trust<br>c/o Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC 29603-0587 | CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank USA, N.A.<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | Carvana LLC<br>P O Box 29018<br>Phoenix, AZ 85038-9018 | Chattanooga Hamilton County Hospital Authori<br>d/b/a Erlanger Health System<br>C/O Justin G. Woodward<br>Kennedy, Koontz & Klingler<br>320 N. Holtzclaw Ave.<br>Chattanooga, TN 37404-2305 |
| Chattanooga Hamilton County Hospital Authori<br>Kennedy, Koontz, & Klingler<br>320 N. Holtzclaw Ave<br>Chattanooga, TN 37404-2305 | Comenity Bank/Victorias Secret<br>PO Box 182789<br>Columbus, OH  43218-2789 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV  89193-8873 |
| Dept of Education/Nelnet<br>3015 S Parker Rd Ste 400<br>Aurora, CO  80014-2904 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Brian Adam Hooker<br>1021 Delaware Dr<br>Dalton, GA 30721-3638 |
| Megan LaShae Hooker<br>1021 Delaware Dr<br>Dalton, GA 30721-3638 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kay Jewelers<br>375 Ghent Rd<br>Akron, OH 44333-4600 |

```
Kohls/Capital One                    LVNV Funding LLC                    LVNV Funding, LLC
PO Box 3043                          PO Box 10587                        Resurgent Capital Services
Milwaukee, WI  53201-3043            Greenville, SC 29603-0587           PO Box 10587
                                                                         Greenville, SC 29603-0587


(p)MISSION LANE LLC                  Ronald A. Levine                    MERRICK BANK
PO BOX 105286                        Levine & Block, LLC                 Resurgent Capital Services
ATLANTA GA 30348-5286                P.O. Box 422148                     PO Box 10368
                                     Atlanta, GA 30342-9148              Greenville, SC 29603-0368


MOMA Trust LLC                       Matthew McElfish                    NGRCA
c/o Quantum3 Group LLC as agent      37 Madison Dr                       PO BOX 1949
PO Box 788                           Carson City, NV  89706-0333         DALTON GA 30722-1949
Kirkland, WA  98083-0788


North Georgia Regional Collection Agency   Opportunity Financial         PRA Receivables Management, LLC
224 N Hamilton St                    130 E Randolph St Ste 3400          PO Box 41021
Dalton, GA  30720-4214               Chicago, IL  60601-6379             Norfolk, VA 23541-1021


Paragon Revenue Group                (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Resurgent Capital Services, LP
PO Box 127                           PO BOX 41067                        Matt Overton  Secured Bankruptcy Specia
Concord, NC  28026-0127              NORFOLK VA 23541-1067               PO Box 10587
                                                                         Greenville, SC 29603-0587


Dan Saeger                           K. Edward Safir                     Synchrony Bank
Saeger & Associates, LLC             Standing Chapter 13 Trustee         c/o PRA Receivables Management, LLC
Suite D                              Suite 1600                          PO Box 41021
706 S Thornton Ave                   285 Peachtree Center Ave. NE        Norfolk, VA 23541-1021
Dalton, GA 30720-8212                Atlanta, GA 30303-1259


UownLeasing                          Verizon                             Verizon Wireless
10500 University Center Drive        by American InfoSource as agent     1 Verizon Pl
Suite 140                            4515 N Santa Fe Ave                 Alpharetta, GA  30004-8510
Tampa, FL 33612-6415                 Oklahoma City, OK 73118-7901


Whitfield County Superior Court      Justin G. Woodward
205 N Selvidge St                    Kennedy, Koontz & Klingler
Dalton, GA  30720-4291               320 N. Holtzclaw Avenue
                                     Chattanooga, TN 37404-2305




             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Army & Air Force Exchange Services   BBVA                                CarMax Auto Finance dba CarMax Business Serv
Attention: GC-G                      PO Box 10566                        225 Chastain Meadows Court,
3911 S. Walton Walker Blvd           Birmingham, AL  35296-0001          Suite 210
Dallas, TX 75236                                                         Kennesaw, GA 30144
```

```
(d)Carmax Auto Finance            Discover Financial Services LLC     First National Credit Card
225 Chastain Meadows Ct NW        PO Box 15316                        500 E 60th St N
Kennesaw, GA  30144-5897          Wilmington, DE  19850-5316          Sioux Falls, SD  57104-0478



Jefferson Capital Systems LLC     (d)Jefferson Capital Systems LLC    Lendup Card Tab Bank
PO Box 7999                       Po Box 7999                         PO Box 105286
St Cloud, MN 56302-9617           Saint Cloud Mn 56302-9617           Atlanta, GA  30348



(d)Military Star                  (d)PNC Bank, NA                     Portfolio Recovery
3911 S Walton Walker Blvd         PO Box 94982                        120 Corporate Blvd Ste 100
Dallas, TX  75236-1509            Cleveland, OH 44101                 Norfolk, VA  23502-4952



(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CVI SGP ACQUISITION TRUST C/O RESURGENT CA     (d)LVNV Funding LLC                 (d)Opportunity Financial, LLC
                                                  PO Box 10587                        130 E. Randolph Street
                                                  Greenville, SC 29603-0587           Suite 3400
                                                                                      Chicago, IL 60601-6379



(u)PNC Bank, NA                   End of Label Matrix
                                  Mailable recipients    52
                                  Bypassed recipients     4
                                  Total                  56
```