UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Brian Adam Hooker**
1021 Delaware Dr
Dalton, GA 30721–3638

**xxx–xx–5484**

**Megan LaShae Hooker**
1021 Delaware Dr
Dalton, GA 30721–3638

**xxx–xx–1806**

Case No.: **19–42743–bem**
Chapter: **13**

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on:

Debtor's Amended Motion to Incur Debt Other Than Under 364(b) and Response Thereto

has been rescheduled before Judge Barbara Ellis–Monro on **September 28, 2022** at **10:00 AM** in **Courtroom 342, Rome**.

Hearings may be by phone, video conference or in person. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information and instructions.

United States Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161–3187

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   September 14, 2022

Form 189, Revised September 2021