**IT IS ORDERED as set forth below:**



**Date: September 27, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-42743-BEM |
| Brian Adam Hooker and ) | |
| Megan LaShae Hooker, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |

**CONSENT ORDER ON DEBTORS' MOTION TO INCUR DEBT**

On August 30, 2022, Debtors filed a Motion to Incur New Debt by Purchasing a House (Doc. 47). The real property to be purchased is located at 1036 Forest Glen Drive, Dalton, GA 30720.

The Debtors sought permission to incur debt for this purchase under the following terms: Purchase Price of $280,000, interest rate of 5.125% and a monthly payment of $1934.68 which includes taxes and insurance.

A response was file by the Chapter 13 Trustee.

The Debtors have remitted a payment in the amount of $5,402.51 to cure the Chapter 13 payment deficiency.

The Debtors have also filed a plan modification that proposes to change the monthly payment amount in their case to $1,050 per month and a pool to the unsecured creditors in the amount of $10,000.  It is hereby

**ORDERED** that the motion to incur debt by purchasing a house is approved.  It is further

**ORDERED** that the Debtors provide a dividend to their unsecured creditors in the amount of $10,000.  It is further

**ORDERED** that, commencing with the next Plan payment due following the entry date of this order and continuing with strict compliance every month thereafter, for 12 months, Debtors' Plan payments shall be remitted to Trustee.  It is further

**ORDERED** that, should the Debtors default on the terms of this order, the Trustee may file a supplemental report recommending dismissal and upon receipt of said report, the clerk of court is hereby authorized and directed to enter an order of dismissal without additional notice or hearing.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/_____
Dan Saeger
Georgia Bar No. 680628
Saeger and Associates, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
706-529-5566

With Consent

/s/_____
*with express permission*
Sonya M. Buckley on behalf of K. Edward Safir
Chapter 13 Trustee
Georgia Bar No. 140987
285 Peachtree Center Ave., N.E.
Suite 1600
Atlanta, GA 30303

# DISTRIBUTION LIST

K. Edward Safir
285 Peachtree Center Ave., N.E.
Suite 1600
Atlanta, GA 30303

Brian Adam Hooker
Megan LaShae Hooker
1021 Delaware Drive
Dalton, GA 30721

And all parties on the mailing matrix.